# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL D. CHAPPELL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-13-231-M |
| | ) |
| WILLIAM MONDAY, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On June 19, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's petition be dismissed. The parties were advised of their right to object to the Report and Recommendation by July 9, 2013. Petitioner has his filed an objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 19, 2013; and

(2) DISMISSES the Petition Under 28 U.S.C. § 2554 for Writ of Habeas Corpus by a Person in Custody; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 16th day of July, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE